BARNES, Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Francis C. Barnes, as administrator, etc., against the city of Buffalo and another.

PER CURIAM. Judgment and order affirmed, with costs. Held that, even if there was

error in the charge, it did no injury to the city, because the city was clearly proven to have had notice and to have been negligent in not repairing the street.

KRUSE and ROBSON, JJ., dissent, and vote for reversal as to the defendant city.